**Vernon BULLOCK, Plaintiff–
Appellant,**

and

**Aaron Corbett; Joseph
Mann, Plaintiffs,**

v.

**COUNTY OF WAKE; John H. Baker,
Wake County Sheriff; Russell Allen,
City Manager; John Doe; Jane Doe,
Defendants–Appellees.**

**No. 02–7721.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2002.

Decided Feb. 5, 2003.

Vernon Bullock, Appellant Pro Se.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

**216**

PER CURIAM.

Vernon Bullock appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Bullock v. County of Wake*, No. CA–02–316–5–H (E.D.N.C. Oct. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*